IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN RAY EVANS, | ) | |
| Petitioner, | ) | Civil Action No. 7:07cv00070 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Norman K. Moon |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above referenced 28 U.S.C. § 2255 motion is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 23rd day of May, 2007.

/s/ Norman K. Moon
United States District Judge